Yasha Bronshteyn, Esq.
Ginzburg & Bronshteyn, LLP
11111 Santa Monica Boulevard, Suite 1840
Los Angeles, CA 90025
Tel. (310)914-3222
Fax (310)914-4242
Email: yashagbllp@yahoo.com
SBN: 210248

Dawn M. Conklin, Esq.
Lonstein Law Office, P.C.
80 North Main Street, P.O. Box 351
Ellenville, NY 12428
Tel. (845) 647-8500
Fax (845) 647-6277
Email: Legal@signallaw.com

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

ZUFFA, LLC d/b/a Ultimate Fighting
Championship,

                         Plaintiff,

         -against-

STEPHANIE ANN DODSON and
ALEXANDER NICOLAI POPOV, Individually,
and as officers, directors, shareholders,
principals, members and/or managers of
PAPPY'S GRILL, LLC, d/b/a PAPPY'S GRILL,

and

PAPPY'S GRILL, LLC, d/b/a PAPPY'S GRILL,

                         Defendants.

**NOTICE OF DISMISSAL**

Civil Action No.4:13-cv-04004-DMR

     **PLEASE TAKE NOTICE THAT** Plaintiff in the above entitled action, having compromised the within and foregoing action, and no party named herein being an infant or incompetent for whom a committee has been appointed and there being no person not a party who has any interest in the subject matter of said action, notifies the Court of the settlement of the above-styled action and hereby dismisses this action in its entirety with prejudice and without costs to either party pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Notice of Dismissal

1

2

3

4    Dated:   November 5, 2013
             Ellenville, New York

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ZUFFA, LLC  d/b/a Ultimate
Fifth Championship**

By: /s/Dawn M. Conklin
DAWN M. CONKLIN, ESQ.
Attorney for Plaintiff
LONSTEIN LAW OFFICE, P.C.
Office and P.O. Address
80 North Main Street : P.O. Box 351
Ellenville, NY  12428
Telephone:  (845) 647-8500
Facsimile:   (845) 647-6277
Email: Legal@signallaw.com
*Our File No. ZU13-09CA-01*

By: /s/Yasha Bronshteyn
YASHA BRONSHTEYN, ESQ.
Ginzburg & Bronshteyn, LLP
11111 Santa Monica Boulevard, Suite 1840
Los Angeles, CA 90025
Tel. (310)914-3222
Fax (310)914-4242
Email: yashagbllp@yahoo.com
SBN: 210248

## CERTIFICATE OF SERVICE

Your deponent hereby certifies that a true copy of the foregoing document was served via U.S. Postal Service on November 5, 2013, upon the following:

Stephanie Ann Dodson             Pappy's Grill, LLC
2032 Donald Drive                2367 Telegraph Avenue
Moraga, CA 94556-1402            Berkeley, CA 94704

Alexander Nicolai Popov
2015 Laguna Street, Apt. 3
San Francisco, CA 94115-2346

BY: /s/ Dawn M. Conklin
        Dawn M. Conklin, Esq.